COMMONWEALTH of Pennsylvania, Respondent

v.

Shawn MOSES, Petitioner

No. 505 EAL 2016

Supreme Court of Pennsylvania.

June 1, 2017

## ORDER

PER CURIAM

**AND NOW**, this 1st day of June, 2017, the Petition for Allowance of Appeal is **DENIED**.